**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| KENDALL H. BREEDLOVE, )<br>)<br>         Plaintiff, )<br>)<br>v.                                                      )<br>)<br>MATTRESS DISCOUNTERS CORPORATION )<br>EAST, <u>et al.</u>,                          )<br>)<br>         Defendants. )  | Civil Action No.  05-1512 |

**ORDER**

This matter comes before the Court on Defendants' Motion to Consolidate.  For the reasons stated from the bench, it is hereby

ORDERED that Defendants' motion is GRANTED and Civil Action Number 05-1512 and Civil Action Number 05-1253 are consolidated into Civil Action Number 05-1253.

                                                                /s/
                                                    _____
                                                    CLAUDE M. HILTON
                                                    UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 13, 2006